United States Court of Appeals
Fifth Circuit

**F I L E D**

November 12, 2003

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS

For the Fifth Circuit

No. 02-61041

WILLIAM LAWRENCE DEAS,

Plaintiff - Appellee,

VERSUS

LONNIE WHITAKER,

Defendant - Appellant.

Appeal from the United States District Court
For the Northern District of Mississippi, Western Division
01-CV-027-B

Before DAVIS and EMILIO M. GARZA, Circuit Judges and LITTLE[*],
District Judge.

PER CURIAM:[**]

   After reviewing the record in this case, including the issues

preserved by appellant for review, we are satisfied the district

---

   [*]District Judge of the Western District of Louisiana, sitting by
designation.

   [**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court committed no reversible error.

AFFIRMED.